United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MANOJ RIJHWANI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>    Defendant.<br>_____/ | No. CV13-05881 LB<br><br>**FURTHER AMENDED CASE MANAGEMENT AND PRETRIAL ORDER (JURY)** |

Defendant filed a summary judgment motion on April 6, 2015. Defendant noticed it for hearing on Monday, May 11, 2015. The court's civil law and motions calendar, however, occurs on Thursdays at 9:30 a.m. In addition, the court is unavailable during much of May. Accordingly, the court continues the hearing on Defendant's motion to Thursday, May 28, 2015 at 9:30 a.m. This does not affect the briefing schedule, though: Plaintiffs' opposition is still due on April 20, 2015, and Defendants' reply is still due on April 27, 2015. *See* N.D. Cal. Civ. L.R. 7-3. Because of this continuance, the court also will continue the deadline for meeting and conferring regarding pretrial filings by three days. The remaining deadlines for this case now are as follows:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Last hearing date for dispositive motions and/or further case management conference | 5/28/2015, at 9:30 a.m. |

FURTHER AMENDED CASE MANAGEMENT AND PRETRIAL ORDER
CV13-05881 LB

| Meet and confer re pretrial filings | 5/29/2015 |
|---|---|
| Pretrial filings due | 6/4/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 6/11/2015 |
| Final Pretrial Conference | 6/25/2015, at 1:30 p.m. |
| Trial | 7/6/2015, at 8:30 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED**.

Dated: April 10, 2015

_____
LAUREL BEELER
United States Magistrate Judge

FURTHER AMENDED CASE MANAGEMENT AND PRETRIAL ORDER
CV13-05881 LB