UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

MANOJ RIJHWANI, et al.,

    Plaintiffs,

    v.

WELLS FARGO HOME MORTGAGE, INC.,

    Defendant.
_____/

No. CV13-05881 LB

**FURTHER AMENDED CASE MANAGEMENT AND PRETRIAL ORDER (JURY)**

Upon consideration of the parties' stipulation (ECF No. 60), the court amends the remaining deadlines for this case as follows:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Meet and confer re pretrial filings | 7/30/2015 |
| Pretrial filings due | 8/6/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 8/13/2015 |
| Final Pretrial Conference | 9/3/2015, at 11:00 a.m. |
| Trial | 9/28/2015, at 8:30 a.m. |
| Length of Trial | 5 days |

FURTHER AMENDED CASE MANAGEMENT AND PRETRIAL ORDER
CV13-05881 LB

1  **IT IS SO ORDERED**.

2  Dated: June 8, 2015

3  _____
   LAUREL BEELER
   United States Magistrate Judge

FURTHER AMENDED CASE MANAGEMENT AND PRETRIAL ORDER
CV13-05881 LB