Jeremy J. Alberts, State Bar No. 273290
Batkhand Zoljargal, State Bar No. 262918
THE ALBERTS FIRM
1600 N. Broadway, Suite 1010
Santa Ana, CA 92706-3927
Telephone: (714) 441-1144; FAX: (714) 574-7633
bzoljargal@albertsfirm.com

Attorneys for Plaintiffs,
Manoj Rijhwani and Lisa Rijhwani

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOJ RIJHWANI, an individual, and LISA RIJHWANI, an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., a division of WELLS FARGO BANK, N.A., a National Association; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No.: 3:13-CV-05881-LB<br><br>*Assigned to Hon. Laurel Beeler*<br><br>**STIPULATION TO AMEND THE TRUE NAME OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER**<br><br>Trial:   September 28, 2015<br>Time:   8:30 a.m.<br>Ctrm.:   C (15th Floor) |

    Plaintiffs Manoj Rijhwani and Lisa Rijhwani and Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, erroneously sued as Wells Fargo Home Mortgage, Inc., a

---
**-1-**

**STIPULATION TO AMEND THE TRUE NAME OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER**

division of Wells Fargo Bank, N.A., by and through their respective attorneys of record, hereby stipulate and agree as follows:

Whereas, this action was filed against Wells Fargo Home Mortgage, Inc., a division of Wells Fargo Bank, N.A.; and

Whereas, the true name of the defendant to this action is Wells Fargo Bank, N.A.; and

Whereas, Wells Fargo Bank, N.A. answered the second amended complaint acknowledging that its correct name is Wells Fargo Bank, N.A. and that it had been erroneously sued under another name; and

Whereas, Wells Fargo Bank, N.A. has identified itself by its true name in all pleadings and discovery and motions in this action.

Now, therefore, it is hereby stipulated by and between the parties to this action, through their attorneys of record, that the name of the defendant to this action is Wells Fargo Bank, N.A., and the Second Amended Complaint on file in this action is deemed to be amended to indicate the true name of the defendant as Wells Fargo Bank, N.A.

IT IS SO STIPULATED.


DATED:                                    s/Batkhand Zoljargal
                                          JEREMY J. ALBERTS
                                          BATKHAND ZOLJARGAL
                                          THE ALBERTS FIRM
                                          Counsel for Plaintiffs
                                          Manoj Rijhwani and Lisa Rijhwani

---

-2-

**STIPULATION TO AMEND THE TRUE NAME OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER**

1  DATED:                         s/Dean A. Reeves
                                DEAN A. REEVES
2                                ANGLIN, FLEWELLING,
                                RASMUSSEN, CAMPBELL &
3                                TRYTTEN LLP
4                                Counsel for Defendant
                                Wells Fargo Bank, N.A., successor
5                                by merger with Wells Fargo Bank
                                Southwest, N.A., formerly known as
6                                Wachovia Mortgage, FSB, formerly
7                                known as World Savings Bank, FSB,
                               erroneously sued as Wells Fargo
8                                Home Mortgage, Inc., a division of
                                Wells Fargo Bank, N.A.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 _____
                                             -3-
28
**STIPULATION TO AMEND THE TRUE NAME OF DEFENDANT WELLS FARGO BANK, N.A.; [~~PROPOSED~~] ORDER**

## ORDER

Pursuant to the stipulation of the parties and court's authority, IT IS HEREBY ORDERED that the name of the defendant to this action is Wells Fargo Bank, N.A., and the Second Amended Complaint on file in this action is deemed to be amended to indicate the true name of the defendant as Wells Fargo Bank, N.A.

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
LAUREL BEELER
United States Magistrate Judge