Jeremy J. Alberts, State Bar No. 273290
Batkhand Zoljargal, State Bar No. 262918
THE ALBERTS FIRM
1600 N. Broadway, Suite 1010
Santa Ana, CA 92706-3927
Telephone: (714) 441-1144; FAX: (714) 574-7633
bzoljargal@albertsfirm.com

Attorneys for Plaintiffs,
Manoj Rijhwani and Lisa Rijhwani

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOJ RIJHWANI, an individual, and LISA RIJHWANI, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE, INC., a division of WELLS FARGO BANK, N.A., a National Association; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 3:13-CV-05881-LB <br><br> *Assigned to Hon. Laurel Beeler* <br><br> **STIPULATION TO EXCLUDE NON-PARTY WITNESSES; [PROPOSED] ORDER** <br><br> Trial:   September 28, 2015 <br> Time:   8:30 a.m. <br> Ctrm.:  C (15th Floor) |

Plaintiffs Manoj Rijhwani and Lisa Rijhwani and Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, erroneously sued as Wells Fargo Home Mortgage, Inc., a division of Wells Fargo Bank, N.A., by and through their respective attorneys of record, hereby stipulate and agree as follows:

-1-

**STIPULATION TO EXCLUDE NON-PARTY WITNESSES; [PROPOSED] ORDER**

Whereas, excluding witnesses from the courtroom until after they have testified is desirable in order not to affect witness testimony at trial.

Now, therefore, it is hereby stipulated by and between the parties to this action, through their attorneys of record, that all non-party witnesses at trial shall be excluded from the courtroom until after they have testified at trial and have been excused from further appearance.

IT IS SO STIPULATED.

DATED:                                s/Batkhand Zoljargal
                                      JEREMY J. ALBERTS
                                      BATKHAND ZOLJARGAL
                                      THE ALBERTS FIRM
                                      Counsel for Plaintiffs
                                      Manoj Rijhwani and Lisa Rijhwani


DATED:                                s/Dean A. Reeves
                                      DEAN A. REEVES
                                      ANGLIN, FLEWELLING,
                                      RASMUSSEN, CAMPBELL &
                                      TRYTTEN LLP
                                      Counsel for Defendant
                                      Wells Fargo Bank, N.A., successor
                                      by merger with Wells Fargo Bank
                                      Southwest, N.A., formerly known as
                                      Wachovia Mortgage, FSB, formerly
                                      known as World Savings Bank, FSB,
                                      erroneously sued as Wells Fargo
                                      Home Mortgage, Inc., a division of
                                      Wells Fargo Bank, N.A.

**STIPULATION TO EXCLUDE NON-PARTY WITNESSES; [PROPOSED] ORDER**

# ORDER

Pursuant to the stipulation of the parties and court's authority, IT IS HEREBY ORDERED that that all non-party witnesses at trial shall be excluded from the courtroom until after they have testified at trial and have been excused from further appearance.

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
LAUREL BEELER
United States Magistrate Judge

**STIPULATION TO EXCLUDE NON-PARTY WITNESSES; [PROPOSED] ORDER**