UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANOJ RIJHWANI, et al.,

      Plaintiffs,

  v.

WELLS FARGO HOME MORTGAGE, INC.,

      Defendant.

Case No. 3:13-cv-05881-LB

**ORDER FOR JURY REFRESHMENTS**

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 8 members of the jury in the above-entitled matter beginning **September 29, 2015 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom C, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: September 10, 2015

_____
LAUREL BEELER
United States Magistrate Judge