United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MANOJ RIJHWANI, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>            Defendant. | Case No.  13-cv-05881-LB<br><br>**ORDER (1) DENYING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AND (2) REQUIRING PLAINTIFFS' COUNSEL'S APPEARANCE**<br><br>[Re: ECF No. 96] |

For the reasons stated at the September 24, 2015 pretrial conference, the court denies

Plaintiffs' counsel's motion to withdraw. (*See* Motion, ECF No. 96.) The court orders Plaintiffs'

counsel, Christian F. Paul, or another attorney of The Alberts Firm who can try this case, to appear

before this Court at 8:30 a.m. on Monday, September 28, 2015 to begin the trial. To the extent that

a medical issue prevented Mr. Paul from appearing at the pretrial conference or prevents him from

appearing for trial, the court has not received any evidence to support such a claim.

**IT IS SO ORDERED.**

Dated: September 24, 2015

_____

LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:13-cv-05881-LB)